[No. 21461-3-III.  Division Three.  May 25, 2004.]

*In the Matter of the Marriage of* CATHERINE MERRITT, *Appellant,* and JEROME FOCOSE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-01055-5, Paul A. Bastine, J., entered September 5, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[Nos. 21804-0-III; 21805-8-III;  Division Three.  May 25, 2004.]
      21806-6-III.

*In the Matter of the Welfare of* KRISTA H.

*In the Matter of the Welfare of* BLAKE T.

*In the Matter of the Welfare of* NICOLE T.

Appeals from judgments of the Superior Court for Benton County, Nos. 01-7-00467-6, 01-7-00468-4, and 01-7-00469-2, Vic L. VanderSchoor, J., entered February 5, 2003. *Reversed* by unpublished opinion per Schultheis, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

[No. 21889-9-III.  Division Three.  May 25, 2004.]

*In the Matter of the Marriage of* TIMOTHY WAYNE LOUK, and VANESSA A. ELLIOTT.

*In the Matter of the Custody of* AMBER LOUK, ET AL.

SHARON LOUK, ET AL., *Appellants,* v. TIMOTHY LOUK, *Defendant,* VANESSA A. ELLIOTT, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 97-3-00604-2, Robert N. Hackett, Jr., J., entered February 28, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Kurtz, J.